## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**EDWARD WELLS**                                       **CIVIL ACTION NO. 18-0553**

                                                       **SECTION P**

**VS.**

                                                       **JUDGE ELIZABETH E. FOOTE**

**LONNIE NAIL**                                        **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct[1] and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Edward Wells' Complaint is **DISMISSED WITH PREJUDICE** as frivolous.

SHREVEPORT, LOUISIANA, this ___1st___ day of August, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

_____

[1] The Court notes that the Report and Recommendation misstates the date that Plaintiff filed his first ARP request. Although the Report and Recommendation states that the request was filed on September 23, 2016, [Record Document 12 at 5], the ARP request was actually filed on September 21, 2016, [Record Document 1-2 at 2]. Although this earlier filing tolled the running of the statute of limitations for two additional days, Plaintiff's complaint was still untimely by 472 days.